IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIGITAL STREAM IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Civil Action No. 2:16-cv-204-JRG<br><br>**LEAD CASE** |
| DIGITAL STREAM IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:16-cv-698-JRG |

**<u>PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM</u>**

Plaintiff Digital Stream IP, LLC ("Digital Stream") replies to the counterclaim set forth by Defendant in Defendant's Answer to Plaintiff's Complaint (the "Counterclaim")

**PARTIES**

1. Digital Stream admits the allegations of paragraph 1.

2. Digital Stream denies the allegations of paragraph 2. Digital Stream admits it is a Texas limited liability company with a place of business located at1400 Preston Road, Suite 475, Plano, Texas 75093.

**JURISDICTION AND VENUE**

3. The allegations of paragraph 3 are legal conclusions and do not require a responsive pleading. To the extent a response is required, Digital Stream does not dispute that

the Counterclaim purports to seek a declaratory judgment.

4. The allegations of paragraph 4 are legal conclusions and do not require a responsive pleading. To the extent a response is required, Digital Stream does not dispute that this Court has jurisdiction over the subject matter of this action.

5. The allegations of paragraph 5 are legal conclusions and do not require a responsive pleading. To the extent a response is required, Digital Stream does not dispute that this Court has personal jurisdiction over it for this action.

6. The allegations of paragraph 6 are legal conclusions and do not require a responsive pleading. To the extent a response is required, Digital Stream admits that venue is proper in this district, but denies that venue is more proper and convenient in another jurisdiction.

7. The allegations of paragraph 7 are legal conclusions and do not require a responsive pleading. To the extent a response is required, Digital Stream does not dispute that there is an actual controversy between Digital Stream and Defendant regarding Defendant's infringement of the patents-in-suit, which are presumed to be valid.

**COUNT I – DECLARATORY JUDGMENT OF INVALIDITY**

8. Digital Stream incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 7 above.

9. Digital Stream denies the allegations of paragraph 9.

**COUNT II – DECLARATORY JUDGMENT OF NON-INFRINGEMENT**

10. Digital Stream incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 9 above.

11. Digital Stream denies the allegations of paragraph 11.

## COUNT III – EXCEPTIONAL CASE AND ATTORNEYS' FEES

12. Digital Stream incorporates by reference, as though fully set forth herein, its responses to paragraphs 1 through 11 above.

13. Digital Stream denies the allegations of paragraph 13.

## GENERAL DENIAL

Digital Stream denies each and every allegation of the Counterclaim that is not expressly admitted or to which Digital Stream has not specifically responded.

## AFFIRMATIVE DEFENSES

By way of further answer, as Affirmative Defenses to the Counterclaim, and without assuming any burden that it would not otherwise have, Digital Stream states as follows:

## FIRST AFFIRMATIVE DEFENSE

Defendant's Counterclaim fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Digital Stream expressly reserves the right to assert any other legal or equitable defenses to which it is entitled.

## PRAYER FOR RELIEF

WHEREFORE, Digital Stream denies Defendant is entitled to any judgment or relief in its favor, including the relief sought in the Prayer for Relief in Defendant's Counterclaim, and Digital Stream requests entry of judgment against Defendant as follows:

a. Dismiss Defendant's Counterclaim in its entirety;

b. Grant the relief sought in Digital Stream's Complaint;

c. Grant the case be declared exceptional pursuant to 35 U.S.C. § 285 and that Digital Stream shall recover from Defendant all of Digital Stream's reasonable expenses,

including costs and attorneys' fees incurred in defending against Digital Stream's Counterclaim; and

d. Grant to Digital Stream such other relief as the Court may deem just and proper.

**JURY DEMAND**

Digital Stream repeats its demand for a trial by jury on all issues so triable.

Dated: September 22, 2016

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis DE SB #4606
Richard C. Weinblatt DE SB #5080 – Lead Counsel
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*/s/ L. Charles van Cleef*
L. Charles van Cleef TX SB #00786305
Van Cleef Law Office
PO Box 2432
Longview, TX 75606-2432
Telephone: (903) 248-8244
Facsimile: (903) 248-8249 Facsimile
charles@vancleef.pro

*Attorneys for Plaintiff*
*Digital Stream IP, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2016, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ L. Charles van Cleef*
L. Charles van Cleef